UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Keshia Conaway,<br><br>                      Plaintiff,<br>vs.<br><br>Capital One Bank,<br><br>                      Defendant. | Civil Action No. 06-2345 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

    This matter having come before the Court upon the Report and Recommendation of Magistrate Judge Shwartz, filed on October 3, 2006, recommending that plaintiff's Complaint be dismissed; and this Court receiving no objection thereto; and this Court having reviewed the issues therein and being satisfied that good cause has been shown for the entry of this Order

    **IT IS** on this 8th day of November, 2006, hereby

    **ORDERED** that plaintiff's Complaint is dismissed; and it is further

    **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is adopted and incorporated as the Opinion of this Court.

                                                          /s/    Katharine S. Hayden
                                                          Katharine S. Hayden, U.S.D.J.